IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAXWELL TAMM,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | **8:21CV351**<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Stipulated Motion for Dismissal of Second Claim: Bad Faith (Filing No. 35). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's second claim of bad faith be dismissed without prejudice. All other claims remain pending before the Court.

Dated this 14th day of February, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge