IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAXWELL TAMM,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | 8:21CV351<br><br>ORDER OF DISMISSAL |

   This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 52). The Court, being advised in the premises, finds that such an Order is proper.

   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay their own costs and attorney fees.

   Dated this 7th day of June, 2023.

                           BY THE COURT:

                           s/ Joseph F. Bataillon
                           Senior United States District Judge